YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
(702) 364-8919
    Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: DEAN, KENNETH ROLAND<br>       DEAN, MARY ELIZABETH<br><br>_____,<br>Debtors | Case No.  13-14374-LED<br><br>Chapter   7 |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 17, 2013.  The undersigned trustee was appointed on May 17, 2013.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of     $    35,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7,819.02 |
| Bank service fees | 173.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 27,007.53 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/13/2015 and the deadline for filing governmental claims was 11/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,250.00, for a total compensation of $4,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.35, for total expenses of $73.35.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/07/2015            By: /s/YVETTE WEINSTEIN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-14374-LED  
**Case Name:** DEAN, KENNETH ROLAND  
  DEAN, MARY ELIZABETH  
**Period Ending:** 05/07/15

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 05/17/13 (f)  
**§341(a) Meeting Date:** 06/19/13  
**Claims Bar Date:** 01/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 6740 W YUCCA, PERIA, AZ 85345<br>  Stay Lifted 12/03/13  Doc 43<br>  Imported from original petition Doc# 1 | 95,000.00 | 0.00 | | 0.00 | FA |
| 2 | THE SUMMIT, SEDONA, AZ, Timeshare<br>  BK-Asset valued at $250.00, no asset value to estate<br>  Attempted to sell on BKASSETS.COM this timeshare and value was based on<br>  prior sales of timeshares but is just an estimate.  (See Footnote) | 10,000.00 | 2,000.00 | | 0.00 | FA |
| 3 | WELLS FARGO CHECKING/SAVINGS #8081<br>  Exempted<br>  Imported from Amended Doc#: 19; Original asset description: Wells Fargo checking/savings #8081 | 2,100.00 | 0.00 | | 0.00 | FA |
| 4 | AZ STATE CREDIT UNION CHECKING/SAVINGS<br>  Imported from Amended Doc#: 19; Original asset description: AZ State Credit Union checking/savings | 15.00 | 0.00 | | 0.00 | FA |
| 5 | CHASE BANK CHECKING<br>  Imported from Amended Doc#: 19; Original asset description: Chase Bank checking | 9.00 | 0.00 | | 0.00 | FA |
| 6 | WELLS FARGO CHECKING/SAVINGS #7653  (u)<br>  Imported from Amended Doc#: 19; Original asset description: Wells Fargo Checking/Savings #7653 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CITY OF NLV<br>  Imported from Amended Doc#: 19; Original asset description: City of NLV | 150.00 | 0.00 | | 0.00 | FA |
| 8 | NEVADA REALTY SOLUTIONS<br>  Imported from Amended Doc#: 19; Original asset description: Nevada Realty Solutions | 2,000.00 | 150.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS<br>  Imported from Amended Doc#: 19; Original asset description: Household goods | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | BOOKS, CD'S, CASSETTE TAPES, DUD'S, HALLMARK ORN<br>  Imported from Amended Doc#: 19; Original asset | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14374-LED  
**Case Name:** DEAN, KENNETH ROLAND  
　　　　　　　DEAN, MARY ELIZABETH  
**Period Ending:** 05/07/15

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 05/17/13 (f)  
**§341(a) Meeting Date:** 06/19/13  
**Claims Bar Date:** 01/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| description: books, cd's, cassette tapes, dud's, Hallmark orn | | | | | |
| 11　MENS & WOMENS CLOTHING<br>　　Imported from Amended Doc#: 19; Original asset description: mens & womens clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 12　NECKLACES, RINGS<br>　　Imported from Amended Doc#: 19; Original asset description: necklaces, rings | 1,200.00 | 0.00 | | 0.00 | FA |
| 13　2 35 MM CAMERAS, 1 DIGITAL CAMERA & ACCESSORIES<br>　　Imported from Amended Doc#: 19; Original asset description: 2 35 mm cameras, 1 digital camera & accessories | 250.00 | 0.00 | | 0.00 | FA |
| 14　3 GUNS<br>　　Imported from Amended Doc#: 19; Original asset description: 3 guns | 250.00 | 0.00 | | 0.00 | FA |
| 15　UNITED STEEL WORKERS OF AMERICA PENSION<br>　　Imported from Amended Doc#: 19; Original asset description: United Steel Workers of America Pension | Unknown | 1.00 | | 0.00 | FA |
| 16　NESTLE PENSION<br>　　Imported from Amended Doc#: 19; Original asset description: Nestle pension | 8,000.00 | 0.00 | | 0.00 | FA |
| 17　1/5TH SHARE SHERMAN A. LOY REVOCABLE TRUST LANDS<br>　　Trustee's value is based on on 1/5 share of trust which consists of various parcels of land in Sedona AZ--trustee and her attorney are attempting to reach a settlement with co-owners of the property some of which are relatives of debtor; the property was initially appraised at $250,000 but when negotiations were entered into to sell the estate's share, the appraisal came out at $450,000/ Trustee and her attorney are still working on a potential sale to the co-owners of the estate's share and if cannot work out settlement will file an adversary under section 363 of the bankruptcy | Unknown | 75,000.00 | | 35,000.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-14374-LED
**Case Name:** DEAN, KENNETH ROLAND
DEAN, MARY ELIZABETH
**Period Ending:** 05/07/15

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE
**Filed (f) or Converted (c):** 05/17/13 (f)
**§341(a) Meeting Date:** 06/19/13
**Claims Bar Date:** 01/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | code.-- (See Footnote) | | | | | |
| 18 | 2013 DODGE DART<br>  Imported from Amended Doc#: 19; Original asset description: 2013 Dodge Dart | 24,000.00 | 993.00 | | 0.00 | FA |
| 19 | 1997 F350 CREWCAB FORD TRUCK<br>  Imported from Amended Doc#: 19; Original asset description: 1997 F350 Crewcab Ford truck | 8,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2000 F150 FORD TRUCK<br>  Imported from Amended Doc#: 19; Original asset description: 2000 F150 Ford truck | 1,800.00 | 0.00 | | 0.00 | FA |
| 21 | 1996 BUICK REGAL<br>  this exempt under AZ exemptions being used by debtgors<br>Imported from Amended Doc#: 19; Original asset description: 1996 Buick Regal | 500.00 | 0.00 | | 0.00 | FA |
| 22 | TWO-AXLE TRAILER<br>  using AZ exemptions<br>Imported from Amended Doc#: 19; Original asset description: Two-axle Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 23 | 2 ALLIS CHAMBERS "6" TRACTORS & CULTIVATOR<br>  Imported from Amended Doc#: 19; Original asset description: 2 Allis Chambers "6" Tractors & cultivator | 1,200.00 | 0.00 | | 0.00 | FA |
| 24 | WOODWORKING TOOLS<br>  Imported from Amended Doc#: 19; Original asset description: woodworking tools | 1,900.00 | 0.00 | | 0.00 | FA |
| 25 | MECHANIC TOOLS<br>  Imported from Amended Doc#: 19; Original asset description: mechanic tools | 3,000.00 | 0.00 | | 0.00 | FA |
| 25 | Assets    Totals (Excluding unknown values) | $167,874.00 | $78,144.00 | | $35,000.00 | $0.00 |

RE PROP# 2     BK-Assets advised timeshare would go for around $250, which makes asset of no value to estate with
                costs to sell.
RE PROP# 17    trustee and her attorney on 9/30
                14 entered into agreement with debtor's siblings to purchase debtor's inerest in trust for $35,000;

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 13-14374-LED  
**Case Name:** DEAN, KENNETH ROLAND  
　　　　　　　DEAN, MARY ELIZABETH  
**Period Ending:** 05/07/15

**Trustee:** (480160)　YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 05/17/13 (f)  
**§341(a) Meeting Date:** 06/19/13  
**Claims Bar Date:** 01/13/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| trustee will prepare motion for approval | | | | | |

**Major Activities Affecting Case Closing:**

　　05/01/15-all checks cleared ready for TFR

　　01/26/15 Claims have all been reviewed. Trustee's Attorney Fee Application hearing is set for 03/05/2015. Will do TFR after approval of Fee Application.

　　12/31/14 Settlement check cam in for $35,000.00

　　09/29/14 The brothers and sisters of debtor Mary Dean have agreed to purchase her interest in the Loy Family Trust for $35,000.  On September 11, 2014 I sent the Trustee of the trust a proposed settlement agreement.  On September 29, 2014 I contacted her via email to inquire the status of getting the agreement signed by the 4 siblings.  Upon receipt of the signed agreement I will file a motion to approve the settlement.  This is the only asset in the case.

　　2/13/14: counter-offer made by trustee for $35,000 to sell 1/5 interest and rejected the $22,000 offer

　　2/12/14: determined by BKASSETS that the timeshare only $250 and therefore will not pursue this asset.

　　12/27/13: trustee is contacting debtor's attorney to get copy of timeshare information which is asset #2 and will sell at BKASSETS.COM  feasible

　　12/27/13: status is that the estate owns 1/5 of real estate in Sedona, AZ.  Trustee and her attorney have been working with other

　　owners of the property and have had two appraisals which have come up higher than the appraisal originally given to trustee from the debtor/ trustee and her attorney have been working with sister of the debtor who represents other owners of the property and the issue has been the amount of funds that the other owners which to give to the estate;  There was an original offer of $35,000 which the estate rejected and based on the appraisals of one being $250,000 and another being $450,000 the co-owners are going to propose another counter-offer---the trustee has given the owners until end of January 2014 to give another offer and trustee will contact a realtor in Sedona to see what the value would be if trustee files an adversary under 363 to sell the property--consideration must be taken that realtor fees and other marketing costs could delute the value of the estate's interest in the property--therefore trustee cannot close this estate until all issues have been resolved

　　10/15/13 Per Trustees Attorney Christine Roberts they countered a number adnd have until October 25th to respond.

　　7/24/13: trustee and her attorney will enter into buyback agreement with debtors for non-exempt vehicle equity and

　　interest in land

**Initial Projected Date Of Final Report (TFR):**　　December 25, 2015　　　　**Current Projected Date Of Final Report (TFR):**　　December 25, 2015

Printed: 05/07/2015 03:15 PM　　　V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-14374-LED
**Case Name:** DEAN, KENNETH ROLAND
DEAN, MARY ELIZABETH
**Taxpayer ID #:** **-***2630
**Period Ending:** 05/07/15

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $68,863,424.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction <Ledger Category> | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/14 | {17} | Mary and Kenneth Dean | Per Settlement Order Entered 12/18/14 Docs #59. | 1129-000 | 35,000.00 | | 35,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.95 | 34,958.05 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.92 | 34,911.13 |
| 03/09/15 | 101 | THE FURNIER MUZZO GROUP, LLC 3815 S. JONES BLVD. SUITE 4 LAS VEGAS, NV 89103 | Trustee's Special Counsel Fees Per Court Order 03/06/15 Doc 66 | 3110-000 | | 7,742.00 | 27,169.13 |
| 03/09/15 | 102 | THE FURNIER MUZZO GROUP, LLC 3815 S. JONES BLVD. SUITE 4 LAS VEGAS, NV 89103 | Trustee's Special Counsel Costs Per Court Order 03/06/15 Doc 66 | 3120-000 | | 77.02 | 27,092.11 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.68 | 27,046.43 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.90 | 27,007.53 |
| | | | **ACCOUNT TOTALS** | | 35,000.00 | 7,992.47 | **$27,007.53** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 35,000.00 | 7,992.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$7,992.47** | |

Net Receipts :           35,000.00
—————
Net Estate :           $35,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4666** | 35,000.00 | 7,992.47 | 27,007.53 |
| | $35,000.00 | $7,992.47 | $27,007.53 |

{} Asset reference(s)

Printed: 05/07/2015 03:15 PM    V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 13, 2015

**Case Number:** 13-14374-LED
**Debtor Name:** DEAN, KENNETH ROLAND

Page: 1

**Date:** May 7, 2015
**Time:** 03:17:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Admin Ch. 7 | | $4,250.00 | $0.00 | 4,250.00 |
| 200 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Admin Ch. 7 | | $73.35 | $0.00 | 73.35 |
| ADMIN 200 | THE FURNIER MUZZO GROUP, LLC<br>3815 S. JONES BLVD. SUITE 4<br>LAS VEGAS, NV 89103 | Admin Ch. 7 | Per Court Order Dated 03/06/15 Doc #66 | $7,742.00 | $7,742.00 | 0.00 |
| ADMIN 200 | THE FURNIER MUZZO GROUP, LLC<br>3815 S. JONES BLVD. SUITE 4<br>LAS VEGAS, NV 89103 | Admin Ch. 7 | Per Court Order Dated 03/06/15 Doc 66 | $77.02 | $77.02 | 0.00 |
| 1<br>610 | Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356 | Unsecured | XXXXXXXXXXXX1000<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule D Amount $23,007.00 imported by CANDACE<br>Schedule D Owner Type: H<br>Schedule D Description:<br>Opened  1/01/13  Last Active  2/15/13<br>Vehicle Lien<br>2013 Dodge Dart<br>Value $ 24000 | $22,439.16 | $0.00 | 22,439.16 |
| 2<br>610 | UNITED CONSUMER FINANCIAL SERV<br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712 | Unsecured | XXXX8783<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule F Amount $1,793.00 imported by CANDACE<br>Schedule F Owner Type: C<br>Schedule F Description:<br>Opened  1/25/12  Last Active  3/01/13 | $1,424.47 | $0.00 | 1,424.47 |
| 3<br>610 | U.S. Department of Education<br>PO Box 740283<br>Atlanta, GA 30374 | Unsecured | 9388<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule F Amount $12,968.00 imported by CANDACE<br>Schedule F Owner Type: W<br>Schedule F Description:<br>Opened  8/18/12  Last Active  3/01/13<br>Educational<br>Schedule F Account: XXXXXXXXXXX5899 | $14,976.27 | $0.00 | 14,976.27 |
| 4<br>610 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | 4644<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule F Amount $887.00 imported by CANDACE<br>Schedule F Owner Type: C | $924.80 | $0.00 | 924.80 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 13, 2015

| | | |
|---|---|---|
| **Case Number:** 13-14374-LED | Page: 2 | **Date:** May 7, 2015 |
| **Debtor Name:** DEAN, KENNETH ROLAND | | **Time:** 03:17:09 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Description: | | | |
| | | | Opened 6/06/12 Last Active 2/01/13 | | | |
| | | | Charge Account | | | |
| | | | Schedule F Account: XXXXXXXXXXXX4644 | | | |
| 5<br>610 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | 0235<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule F Amount $1,731.00 imported by CANDACE<br>Schedule F Owner Type: W<br>Schedule F Description:<br>Opened 11/07/11 Last Active 2/01/13<br>Charge Account<br>Schedule F Account: XXXXXXXXXXXX0235 | $1,857.32 | $0.00 | 1,857.32 |
| 6<br>610 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | 1155<br>Reviewed & allowed as filed<br>--------------------------------------------------------------------------------<br>05/01/2015 11:46:35 AM Schedule F Amount $1,095.00 imported by CANDACE<br>Schedule F Owner Type: W<br>Schedule F Description:<br>Opened 3/11/12 Last Active 1/01/13<br>Charge Account<br>Schedule F Account: XXXXXXXXXXXX1155 | $1,022.74 | $0.00 | 1,022.74 |
| **<< Totals >>** | | | | 54,787.13 | 7,819.02 | 46,968.11 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-14374-LED
Case Name: DEAN, KENNETH ROLAND
Trustee Name: YVETTE WEINSTEIN, TRUSTEE

**Balance on hand:** $ 27,007.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,007.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - YVETTE WEINSTEIN, TRUSTEE | 4,250.00 | 0.00 | 4,250.00 |
| Trustee, Expenses - YVETTE WEINSTEIN, TRUSTEE | 73.35 | 0.00 | 73.35 |
| Attorney for Trustee, Fees - THE FURNIER MUZZO GROUP, LLC | 7,742.00 | 7,742.00 | 0.00 |
| Attorney for Trustee, Expenses - THE FURNIER MUZZO GROUP, LLC | 77.02 | 77.02 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,323.35
Remaining balance: $ 22,684.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,684.18

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 22,684.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,644.76 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Santander Consumer USA | 22,439.16 | 0.00 | 11,936.15 |
| 2 | UNITED CONSUMER FINANCIAL SERV | 1,424.47 | 0.00 | 757.72 |
| 3 | U.S. Department of Education | 14,976.27 | 0.00 | 7,966.38 |
| 4 | CAPITAL RECOVERY V, LLC | 924.80 | 0.00 | 491.93 |
| 5 | SYNCHRONY BANK | 1,857.32 | 0.00 | 987.97 |
| 6 | SYNCHRONY BANK | 1,022.74 | 0.00 | 544.03 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,684.18 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |